**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

|  |  |
|---|---|
| KIMBERLY ZISCAND, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>V&B PHARMACY INC. d/b/a HAVEN DRUGS,<br><br>Defendant. | Case No.: 2:26-cv-946<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Kimberly Ziscand, individually and on behalf of herself and all others similarly situated has served upon Defendant V&B Pharmacy Inc. d/b/a Haven Drugs copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Notice Option to Consent to Magistrate Judge Jurisdiction;

5) Notice of Assignment of Case;

Attached hereto is a copy of the Proof of Service.

1

Dated: Flushing, New York                    Respectfully submitted,

    April 27, 2026                              **CONSUMER ATTORNEYS, PLLC**

By:*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Kimberly Ziscand and*
*all others similarly situated*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

<table>
<tr><td>KIMBERLY ZISCAND, individually and on behalf of herself and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>V&B PHARMACY INC. d/b/a HAVEN DRUGS<br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 2:26-cv-00946 (SJB)(LGD)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  V&B Pharmacy Inc. d/b/a Haven Drugs
76 Southaven Ave.,
Medford, NY 11763

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
ekataev@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:    2/23/2026                                     *Laura Jakubowski*
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00946 (SJB)(LGD)

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   ❑ I returned the summons unexecuted because _____ ; or

   ❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421<br><br>Attorney for: Plaintiff(s) | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Eastern District Of New York | | | | | |
| Plaintiff(s): Kimberly Ziscand | | | | | |
| Defendant: V&B Pharmacy Inc. d/b/a Haven Drugs | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26CV00946SJBLGD | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Case Assignment; Notice Of Option To Consent Magistrate Judge

3. a. Party served:          V&B Pharmacy Inc. d/b/a Haven Drugs
   b. Person served:         Cathy Doe (Refused last name), Pharmacy Technician, Caucasian, Female, 33 Years Old, Brown Hair, 5 Feet 3 Inches, 145 Pounds

4. Address where the party was served:          76 Southaven Ave.
                                                Medford, NY 11763

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Mar. 19, 2026 (2) at: 3:24PM

7. *Person Who Served Papers:*                          *Fee for Service:*
   a. Carmelo Faccioli
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. **I affirm on April 3rd , 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.**

AFFIDAVIT OF SERVICE                         (Carmelo Faccioli)
Summons/Complaint

emkat.294437