**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 2, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Lee G. Dunst, U.S.M.J.
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722-4438

**Re: Ziscand *v.* V&B Pharmacy Inc.**
**Case No.: 2:26-cv-946 (SJB) (LGD)**

Dear Judge Dunst:

This firm represents Plaintiff Kimberly Ziscand (hereinafter the "Plaintiff") in the above-referenced case.

Plaintiff writes to respectfully and timely submit the status report in accordance with this Court's Order dated August 27, 2026.

As reflected on the docket, the Defendant has been served and the time to respond to the complaint has passed. See ECF Docket Entry 7. Plaintiff will therefore proceed with requesting a certificate of default. Plaintiff respectfully requests that the Court provide her with a deadline of October 31, 2026 to do so. The reason for this requested length of time is two-fold.

*First*, Plaintiff wishes to consult with her counsel regarding the propriety of amending the complaint to include individual defendant(s) who may be liable for the causes of action alleged in the complaint. Should she elect to do so, Plaintiff would make the appropriate motion and would also be willing to excuse the Defendant's default if counsel were to appear to represent the Defendant and the putative individual defendant(s).

*Second*, Plaintiff's undersigned counsel is currently engaged in several serious engagements through the end of September which will prevent him from drafting and filing a request for certificate of default, including: (i) the submission of a motion for summary judgment in Superb Motors Inc, *et al.* v. Deo, *et al.*, Case No.: 2:23-cv-6188 (JMW) (E.D.N.Y.), a complex multi-party RICO case, due on Friday, September 4, 2026; (ii) preparation for trial the week of September 14, 2026 in Archila v. LoBianco, *et ano.*; Index No.: 610110/2025 (Nassau County Supreme Court), a shareholder freezeout dispute; and (iii) the submission of a final joint pretrial Order due September 4, 2026 and preparation for trial scheduled to proceed on Monday, September 28, 2026 in Loganathan v. Ferguson Enterprises LLC, Case No.: 4:25-cv-120 (JKW) (RJK) (E.D. Va.), an employment discrimination and retaliation case.

Plaintiff therefore respectfully submits there exists good cause sufficient for this Court to exercise its discretion in favor of setting the foregoing requested deadline.

Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
September 2, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
_/s/ *Emanuel Kataev, Esq.*_
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Kimberly Ziscand*

**VIA ECF**
All counsel of record