**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | | |
|---|---|---|
| KIMBERLY ZISCAND, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>V&B PHARMACY INC. d/b/a HAVEN DRUGS,<br><br>Defendant. | : | Case No.: 2:26-cv-946 (SJB) (LGD)<br><br>**PLAINTIFF'S REQUEST FOR**<br>**CERTIFICATE OF DEFAULT** |

TO: BRENNA B. MAHONEY
CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant V&B PHARMACY INC. d/b/a HAVEN DRUGS pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule ("LCR") 55.1(a) for failure to plead or otherwise defend this action, as fully appears from the Court's file herein and from the accompanying Declaration of Emanuel Kataev, Esq., dated October 31, 2026. A proposed Clerk's Certificate of Default and a Certificate of Service reflecting service of these papers on Defendant by mail at its last known business address, as required by LCR 55.1(a)(3) and (4), are submitted herewith.

Dated: Jamaica, New York
October 31, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Kimberly Ziscand*

**VIA FIRST-CLASS MAIL**
V&B Pharmacy Inc. d/b/a Haven Drugs
76 Southaven Avenue
Medford, NY 11763