**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIMBERLY ZISCAND, individually and on behalf of herself and all others similarly situated,

Plaintiff,

v.

V&B PHARMACY INC. d/b/a HAVEN DRUGS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 2:26-cv-946 (SJB) (LGD)

**CLERK'S**
**<u>CERTIFICATE OF DEFAULT</u>**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant V&B PHARMACY INC. d/b/a HAVEN DRUGS has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant V&B PHARMACY INC. d/b/a HAVEN DRUGS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
____________________, 2026

**BRENNA B. MAHONEY**
Clerk of Court

By: ______________________________
Deputy Clerk