**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | |
|---|---|
| KIMBERLY ZISCAND, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>V&B PHARMACY INC. d/b/a HAVEN DRUGS,<br><br>Defendant. | Case No.: 2:26-cv-946 (SJB) (LGD)<br><br>**CERTIFICATE OF SERVICE** |

I, Emanuel Kataev, Esq., an attorney duly admitted to practice before this Court and the managing member of Sage Legal LLC, attorneys for Plaintiff Kimberly Ziscand, hereby certify pursuant to Local Civil Rule ("LCR") 55.1(a)(4) that on October 31, 2026, I caused true and correct copies of the following documents to be served upon Defendant V&B Pharmacy Inc. d/b/a Haven Drugs, by first-class mail, by causing the same to be deposited, enclosed in a properly addressed and postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to Defendant at its last known business address, 76 Southaven Avenue, Medford, New York 11763: (i) Plaintiff's Request for Certificate of Default; (ii) the Declaration of Emanuel Kataev, Esq. dated October 31, 2026; and (iii) the proposed Clerk's Certificate of Default.

Should the mailing be returned, Plaintiff will promptly file a supplemental certificate setting forth that fact, together with the reason provided for the return, if any, as required by LCR 55.1(a)(4).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on October 31, 2026.

Dated: Jamaica, New York
October 31, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Kimberly Ziscand*

**VIA FIRST-CLASS MAIL**
V&B Pharmacy Inc. d/b/a Haven Drugs
76 Southaven Avenue
Medford, NY 11763